THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ERNEST PAVESI, Alias ERMES PAVESI, Appellant.— Judgment of conviction affirmed, pursuant to section 542 of the Code of Criminal Procedure. No opinion. Blackmar, P. J., Rich, Kelly, Manning and Young, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROSEVALE REALTY COMPANY, INC., Appellant, v. ALBERT E. KLEINERT, as Superintendent of the Bureau of Buildings of the Borough of Brooklyn, City of New York, Respondent.— Although we think that the superintendent of the bureau of buildings has no power or discretion to refuse a permit on the ground that the proposed building violates a restrictive covenant, as this is not a matter for him to decide, yet, in view of the fact that this court has issued an injunction prohibiting the petitioner from constructing the building in question, we have decided to affirm this order, without prejudice to an application to be made after the vacation or termination of the injunction. Order affirmed, without costs. Blackmar, P. J., Rich, Kelly, Manning and Young, JJ., concur.

LILLIAN E. RICHTER, Respondent, v. MARY A. PALMER and Others, Defendants, Impleaded with CLARENCE MORTIMER PALMER and HENRY F. COCHRANE, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Rich, Kelly, Manning and Young, JJ., concur.

ELIZABETH RUDDY, as Administratrix, etc., of EDWARD LEO RUDDY, Deceased, Appellant, v. MORSE DRY DOCK AND REPAIR COMPANY, Respondent. (Appeal No. 2.) — Order withdrawing juror, and declaring mistrial, modified by striking out the direction that plaintiff should pay costs, and as so modified affirmed, with ten dollars costs and disbursements to the appellant. No opinion. Blackmar, P. J., Rich, Kelly, Manning and Young, JJ., concur.

CHARLES SCORGIE, Respondent, v. MORRIS & COMPANY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Rich, Kelly, Manning and Young, JJ.

JOSEPH SHANIK and ALEXANDER SHANIK, Respondents, v. WALLY ZAPFE, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Rich, Kelly, Manning and Young, JJ.

NATHAN C. WEIL, Respondent, v. BERNARD HEINZ, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Rich, Jaycox, Manning and Kelby, JJ., concur.

ARMANDO AMANTI, Respondent, v. V. VIVIANO & BROS. MACARONI MFG. COMPANY, INC., Appellant.— Motion for leave to appeal to the Court of Appeals denied. Stay of thirty days granted to enable defendant to apply to the Court of Appeals. Present — Blackmar, P. J., Rich, Jaycox, Manning and Kelby, JJ.

ALBERT G. DIMMERLING, Respondent, v. ARCHIE M. ANDREWS and Others, Appellants, Impleaded with Another, Defendant.— Motion for stay granted, without costs. Present — Blackmar, P. J., Rich, Jaycox, Manning and Kelby, JJ.

IRVING DWORMAN, Appellant, v. LOUIS GOTTLIEB, Respondent.— Motion to dismiss appeal granted, with costs. There is no attempt in the answering affidavits to comply with rule XII.* Present — Blackmar, P. J., Rich, Jaycox, Manning and Kelby, JJ.

GRAZELDA GREAVES and Others, Appellants, v. JUSTINA HUSBAND, Respond-

---

* See App. Div. Rules, 2d Dept., rule 12.— [REP.